UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:06CV48-H

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THIRTY FIREARMS AND RELATED )<br>AMMUNITION SEIZED ON OR ABOUT )<br>SEPTEMBER 5, 2005, IN CHARLOTTE, )<br>NORTH CAROLINA, )<br>)<br>Defendant. ) | **ENTRY OF DEFAULT** |

It appearing from plaintiff's application and from the record, including the Court's file, that no person has filed a claim and answer in this matter;

I HEREBY ENTER DEFAULT against all persons in the world.

Signed: October 27, 2006

Graham C. Mullen
United States District Judge