| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFAULT JUDGMENT OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| THIRTY FIREARMS AND RELATED | ) | |
| AMMUNITION SEIZED ON OR ABOUT | ) | |
| SEPTEMBER 5, 2005, IN CHARLOTTE, | ) | |
| NORTH CAROLINA | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1.  A verified complaint for forfeiture in rem of the defendant property was filed on February 3, 2006.  This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2.  Process was fully issued in this action and returned according to law.  Pursuant to the warrant for arrest in rem, the government duly seized the defendant property. Service of process was made by publication of notice in The Mecklenburg Times on August 1, 8, and 15, 2006.

3.  No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4.  Based on the affidavit of Special Agent Rodney Blacknall of the Bureau of Alcohol, Tobacco, Firearms and Explosives, filed with the complaint, the government has shown probable cause to believe that the defendant property was involved in or used in a knowing violation of 18 U.S.C. §922(g)(1) and that it is therefore subject to forfeiture under 18 U.S.C. §924(d)(1).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein:

| Firearm | Serial Number |
| --- | --- |
| One Unknown Manufactured rifle | 9243 |
| One Bushmaster XM-15 rifle | L206820 |
| One Unknown Manufactured Turkey Special Shotgun | 373455 |
| One Weatherby Mark V Rifle | H220669 |
| One Howa 1500 Rifle | B038135 |
| One Ruger 22 Pistol | 1118198 |
| One Taurus PT22 Pistol | ARG84877 |
| One Ruger P89DC Pistol | 30378870 |
| One Beretta 9 Pistol | 974381 |
| One Taurus 454 Raging Bull Revolver | QL597342 |
| One Smith & Wesson 29-2 Revolver | N429408 |
| One Colt Delta Elite Pistol | DE03998 |
| One Smith & Wesson Revolver | ABZ4859 |
| One Taurus PT940 Pistol | SQL56050 |
| One Israeli Military Industries Desert Eagle Pistol | 15343 |
| One Colt Diamondback Revolver | D29429 |
| One Ruger Single Six Revolver | 6059780 |
| One Glock GMBH 27 Pistol | BXF273 |

| | |
|---|---|
| One Auto Mag 180 Pistol | A02824 |
| One Beretta Tomcat Pistol | DAA094080 |
| One Rock River Arms LAR-15 Rifle | CM07189 |
| One Weatherby Mark V Rifle | H221413 |
| One Unknown Manufactured 300 Win Mag Rifle | MAF 70348 |
| One Unknown Manufactured 870 Rifle | A470311 |
| One Weatherby Mark V Rifle | H71980 |
| One McMillan Bros. Rifle Co. Rifle | BMGK1541 |
| One Ruger Mark I Pistol | 12-48085 |
| One Ruger Superhawk Revolver | 80-30046 |
| One Mossberg 185D Shotgun | No Serial Number |
| LC Smith Field Grade Shotgun | S48527 |
| **TOTAL** | |

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.


Signed: October 27, 2006


Graham C. Mullen
United States District Judge